UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 06-313 (01-02) (RHK/RLE) |
| Plaintiff, | |
| vs. | **ORDER** |
| Todd NMN Jourdain and<br>Robin Greg Kelly, Jr., | |
| Defendants. | |

_____

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

1. That the Report and Recommendation (Doc. No. 56) is **ADOPTED**;

2. Defendant Kelly's Motion to Suppress Confession or Statements (Doc. No. 38) is **DENIED**;

3. Defendant Kelly's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 35) is **DENIED**;

4. Defendant Jourdain's Motion to Suppress Statements, Admissions, and Answers (Doc. No. 46) is **DENIED**; and

5. Defendant Jourdain's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 45) i**s DENIED**.

Dated: January 26, 2007

                                                            s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge